# IN THE DISTRICT COURT FOR THE STATE OF NORTH CAROLINA
# WESTERN DISTRICT, CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:25-cv-167

| | |
|---|---|
| FATIHAA CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AREA WIDE PROTECTIVE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT AREA WIDE PROTECTIVE, INC.'S NOTICE OF REMOVAL

Defendant Area Wide Protective, Inc. ("Defendant"), represented by the undersigned counsel, hereby gives notice of removal of the above-captioned action to the United States District Court for the Western District of North Carolina, Charlotte Division, from the General Court of Justice, Superior Court Division, Union County, State of North Carolina (Case No. 25-CV-000572-890). This action is removed pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 for the reasons set forth below.

1. The above-captioned action was filed on January 31, 2025, in the General Court of Justice, Superior Court Division in Union County, North Carolina. The summons and Complaint were delivered to Defendant through its registered agent by mail on February 6, 2025. A copy of all process and pleadings served on Defendant in this matter are attached as **Exhibit 1**.

2. This Court has jurisdiction over this action pursuant to 28 U.S. C. § 1332(a), by reason of complete diversity between the parties as of the date of this removal and the matter in controversy exceeds $75,000 exclusive of interests and costs.

3. Complete diversity exists between the parties because Plaintiff and Defendant are citizens of different states.

4. Upon information and belief, Plaintiff is a resident and citizen of Union County, State of North Carolina. (Ex. 1 – Compl. ¶ 1).

5. Defendant is a corporation that is incorporated in the State of Ohio with its principal place of business in Ohio.

6. The amount in controversy exceeds $75,000. Plaintiff seeks damages in the amount of $90,000 on the face of her Complaint. (Ex. 1 – Compl. at 5) ("[T]he plaintiff requests judgment against the defendant as follows $90,000."). Therefore, the amount in controversy threshold is met for this Court to exercise diversity jurisdiction in this case.

7. This Notice of Removal is filed with the Court within thirty (30) days of receipt of the Complaint in the state action by the Plaintiff against Defendants. This matter is, therefore, timely removed pursuant to 28 U.S.C. § 1446(b).

8. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief may be granted. Defendant hereby reserves any and all rights to assert any defenses to Plaintiff's Complaint, including but not limited to, issues relating to venue and personal jurisdiction.

9. Defendant hereby reserves the right to amend or supplement this Notice of Removal.

10. The state court from which this action was removed is within the Court's District and Division, and, therefore, venue is appropriate in this Division.

11. A copy of the Notice of Removal attached as **Exhibit 2** will be filed with the Clerk of Court for Union County, North Carolina, promptly after the notice is filed with this Court, as required by 28 U.S.C. § 1446(d).

12. By copy of this Notice of Removal and in accordance with the attached Certificate of Service, Defendant is providing notice to Plaintiff in this action and advising her of this filing pursuant to 28 U.S.C. § 1446(d).

13. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant's corporate disclosure statement is being filed contemporaneously with this notice.

WHEREFORE, Defendant Area Wide Protective, Inc. hereby gives notice that the above-referenced action pending in the General Court of Justice, Superior Court Division of Union County, North Carolina has been removed to this Court.

Executed on this the 10th day of March, 2025.

Respectfully submitted,

By: /s/ *Sharon Y. Suh*
Sharon Y. Suh (NC Bar No. 51683)
FISHER & PHILLIPS LLP
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: 704.334.4565
Facsimile: 704.334.9774
E-mail: ssuh@fisherphillips.com
*Counsel for Defendant*

# IN THE DISTRICT COURT FOR THE STATE OF NORTH CAROLINA
## WESTERN DISTRICT, CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:25-cv-167

| | |
|---|---|
| FATIHAA CARROLL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AREA WIDE PROTECTIVE, INC., | ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025 the foregoing **DEFENDANT AREA WIDE PROTECTIVE, INC.'S NOTICE OF REMOVAL** has been served upon the following by mailing a copy of the same in the United States mail, postage prepaid and addressed to:

Fatihaa Carroll
815 Warren St., Apt. B2
Monroe, North Carolina 28110
*Pro Se Plaintiff*

*/s/ Sharon Y. Suh*
Sharon Y. Suh, Esq.
Fisher & Phillips, LLP